UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

AKIVA ISRAEL,

          Plaintiff,

      v.

S. TOMLISON, et al.,

          Defendants.

Case No.  24-cv-03718-JD

**ORDER RE SERVICE**

Plaintiff, a state prisoner, filed a pro se civil rights complaint under 42 U.S.C. § 1983.  The Court screened the original complaint and found that plaintiff stated a retaliation claim against defendant Tomlinson.  All other claims and defendants were dismissed with leave to amend. Plaintiff was provided twenty-eight days to file an amended complaint to present additional claims against Tomlinson and other defendants.  Plaintiff was advised that failure to file an amended complaint would result in his case only continuing against Tomlinson with the retaliation claim and the other claims and defendants would be dismissed.  Plaintiff has not filed an amended complaint or otherwise communicated with the Court.

## CONCLUSION

1. The claim of retaliation against defendant Tomlinson is the sole claim in the case. All other claims and defendants are dismissed.  Once defendant waives service or is served, and counsel for her appears, this case will be referred for mediation to the Northern District of California Pro Se Prisoner Mediation Program.

2. The Court orders that Senior Law Librarian S. Tomlinson be served electronically at Salinas Valley State Prison.

Service on the listed defendant will be effected via the California Department of Corrections and Rehabilitation's (CDCR) e-service program for civil rights cases from prisoners in CDCR custody.  In accordance with the program, the Clerk is directed to serve on CDCR via email the following documents: the operative complaint (Dkt. No. 1), the prior screening order

United States District Court
Northern District of California

1  (Dkt. No. 11) this order of service, a CDCR Report of E-Service Waiver form and a summons.

2  The Clerk is also requested to serve a copy of this order on the plaintiff.

3    No later than 40 days after service of this order via email on CDCR, CDCR will provide

4  the Court a completed CDCR Report of E-Service Waiver advising the court which defendant

5  listed in this order will be waiving service of process without the need for service by the United

6  States Marshal Service (USMS) and which defendant declines to waive service or could not be

7  reached.  CDCR also will provide a copy of the CDCR Report of E-Service Waiver to the

8  California Attorney General's Office which, within 21 days, will file with the Court a waiver of

9  service of process for the defendant if he is waiving service.

10    Upon receipt of the CDCR Report of E-Service Waiver, the Clerk is requested to prepare

11  for each defendant who has not waived service according to the CDCR Report of E-Service

12  Waiver a USM-285 Form.  The Clerk will provide to the USMS the completed USM-285 forms

13  and copies of this order, the summons and the operative complaint for service upon each defendant

14  who has not waived service.  The Clerk will also provide to the USMS a copy of the CDCR

15  Report of E-Service Waiver.

16    3.    All communications by plaintiff with the Court must be served on defendant, or

17  defendant's counsel once counsel has been designated, by mailing a true copy of the document to

18  defendant or defendant's counsel.

19    4.    It is plaintiff's responsibility to prosecute this case.  Plaintiff must keep the Court

20  informed of any change of address by filing a separate paper with the clerk headed "Notice of

21  Change of Address."  He also must comply with the Court's orders in a timely fashion.  Failure to

22  do so may result in the dismissal of this action for failure to prosecute pursuant to Federal Rule of

23  Civil Procedure 41(b).

24    **IT IS SO ORDERED.**

25  Dated: November 1, 2024

26

27

28

_____
JAMES DONATO
United States District Judge

2