UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

1

2

3

4    AKIVA ISRAEL,                                    Case No. 24-cv-03718-JD

5              Plaintiff,

6         v.                                          **ORDER**

                                                     Re: Dkt. Nos. 51, 55, 58
7    S. TOMLISON, et al.,

8              Defendants.

9

10        Plaintiff, a state prisoner, filed a pro se civil rights complaint under 42 U.S.C. § 1983,

11   alleging that the librarian retaliated against her for her protected conduct.  The Court ordered

12   service, and a dispositive motion is due shortly.  Plaintiff has filed three motions to compel and a

13   request to extend discovery.

14        The Court denied a prior motion to compel without prejudice because plaintiff did not

15   attempt to meet and confer with defendant.  Dkt. No. 48.  The parties have since met and

16   conferred, but her new first motion to compel (Dkt. No. 51) is missing several pages.  Plaintiff

17   requests that the Court compel production of documents for six requests.  The motion does not

18   include all the discovery requests, any arguments why plaintiff is entitled to the discovery, the

19   responses from defendant, and why the responses were insufficient.  The second motion to compel

20   (Dkt. No. 57) appears to be the full copy of the prior motion to compel that addresses some of

21   these deficiencies.  In the third motion to compel (Dkt. No. 58), plaintiff states that defendant's

22   responses to requests for interrogatories and admissions were deficient.  Plaintiff includes sixteen

23   pages of defendant's responses but does not identify which responses she seeks to compel, why

24   she is entitled to the discovery, and why defendant's responses were inadequate.  Defendant filed

25   an opposition to the motions, noted the above deficiencies, and addressed the second complete

26   motion to compel.

27        With respect to the third motion to compel, plaintiff does not identify what interrogatory

28   responses or admissions were insufficient and why she is entitled to this discovery.  The motion is

United States District Court
Northern District of California

1    denied without prejudice.  With respect to plaintiff's second motion to compel, she seeks to

2    compel production of documents for six of her requests.  Defendant first notes that she already

3    fully responded to two of plaintiff's requests.  With the opposition, defendant also provided

4    supplemental responses to three more of plaintiff's requests.

5         Plaintiff will be ordered to address defendant's supplemental responses and present

6    specific arguments addressing the responses and why she is entitled to the requested discovery.

7    Defendant did not provide a supplemental response to plaintiff's final request for documents.  In

8    that request, plaintiff seeks the complete investigative files in response to any grievances and

9    allegation of staff misconduct against defendant concerning retaliation and law library access from

10   2020 to 2025. This request is overly broad and burdensome.  In plaintiff's filing addressing the

11   supplemental responses, she may amend this request and limit the discovery she seeks.

12        Consequently:

13        1.    The incomplete motions to compel (Dkt. Nos. 51, 58) are denied without prejudice.

14        2.    Within twenty-eight days of service of this order, plaintiff shall submit a filing

15   addressing defendant's supplemental responses and provide specific arguments why she is entitled

16   to the requested discovery.  Plaintiff may also file an amended document request for Request No.

17   6 as noted above.  Failure to respond will result in dismissal of the motion with prejudice.

18   Defendant shall submit a reply to plaintiff's filing within twenty-one days after it is filed.

19        3.    Plaintiff's motion to extend discovery (Dkt. No. 55) is granted in part.  Plaintiff has

20   already been seeking discovery for six months.  Yet, due to plaintiff's status as a pro se litigant

21   who is incarcerated, she will be provided an additional twenty-eight days from the date of service

22   of this order to submit all her discovery requests.

23        **IT IS SO ORDERED.**

24   Dated: December 17, 2025

25

26   _____

27   JAMES DONATO
     United States District Judge

28

United States District Court
Northern District of California